**Order entered February 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F10-01183-J, F10-01184-J

## ORDER

The Court **REINSTATES** the appeals.

On January 21, 2014, we ordered the trial court to make findings regarding why the records have not been filed. We **ADOPT** the findings that: (1) appellant is indigent; (2) Julie Doucet, who represented appellant on his motion for post-conviction DNA testing, has been appointed to represent appellant in these appeals; (3) there is no reporter's record; and (4) counsel will prepare a designation of the documents to include in the clerk's record.

We **DIRECT** the Clerk to list Julie Doucet as appellant's appointed attorney of record.

We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **FORTY-FIVE DAYS** of the date of this order.

We **DENY** as moot appellant's February 10, 2014 pro se motion for appointment of counsel.  We **DENY** appellant's February 10, 2014 pro se motion for a bench warrant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; Julie Doucet; and Michael Casillas.


/s/     LANA MYERS
        JUSTICE